DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORAN SHEMESH,                    )<br>                                                     )<br>              Plaintiff,                       )<br>                                                     )<br>        v.                                         )<br>                                                     )<br>ERIC H. HOLDER, JR., *et al.,*      )<br>                                                     )<br>              Defendants.                  )<br>_____ ) | Case No. 2:14-cv-00348-MMD-PAL |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Craig A. Defoe to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Mr. Defoe is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government, and is a member in good standing of the state bar of Indiana (No. 27078-49).

The following contact information is provided to the Court:

> Craig A. Defoe
> Trial Attorney
> District Court Section
> Office of Immigration Litigation
> Civil Division
> U.S. Department of Justice
> PO Box 868, Ben Franklin Station
> Washington, D.C.  20044
> Phone: 202-532-4114
> Fax: 202-305-7000
> Email: craig.defoe@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Craig A. Defoe to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 18th day of April 2014.

> DANIEL G. BOGDEN
> United States Attorney
>
> /s/ Troy K. Flake
> TROY K. FLAKE
> Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: April 21, 2014

**PROOF OF SERVICE**

I, Troy K. Flake, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

<u>**Electronic Case Filing**</u>:

Riana Durrett
Reza Athari & Associates, PLLC
3365 Pepper Lane, Suite 102
Las Vegas, Nevada 89120
Rianadurrett@atharilaw.Com

*Attorneys for Plaintiff.*

Dated this 18th day of April 2014.

            */s/ Troy K. Flake*
            TROY K. FLAKE
            Assistant United States Attorney